UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00054

**Fred A. Dixon, Jr.,**
*Plaintiff,*

v.

**Skyview Correspondent,**
*Defendant.*

# ORDER

Plaintiff Fred A. Dixon, Jr., an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this lawsuit complaining of alleged deprivations of his constitutional rights. The case was referred to United States Magistrate Judge John D. Love.

The magistrate judge issued a report recommending that the lawsuit be dismissed under the three-strike provision of 28 U.S.C. § 1915(g) and because plaintiff failed to show that he has satisfied sanctions previously imposed on him by the Northern District of Texas. Plaintiff received a copy of the report on or before February 24, 2023, and has filed no objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff is denied *in forma pauperis* status and the case is dismissed with prejudice for purposes of proceeding *in forma pauperis*, but without prejudice to the refiling of the lawsuit with payment of the full filing fee. Should plaintiff refile his lawsuit, he must also show receipt of permission from a judge of this court to file a lawsuit and proof of satisfaction of the $100.00 sanction imposed by the Northern District of Texas.

- 2 -

*So ordered by the court on May 19, 2023.*

J. CAMPBELL BARKER
United States District Judge